# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    CRIMINAL NO. 4:16-CR-117-ALM-KPJ |
| | § |
| SCHWEKA FANYON BROOKS | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #139) that Defendant be released for over five (5) months' time served with twelve (12) months supervised release to follow.

Having received the Report of the United States Magistrate Judge, and Defendant having waived the objection period (Dkt. #138), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is sentenced to time served with twelve (12) months supervised release to follow with the same previously imposed conditions.

**IT IS SO ORDERED**.

**SIGNED this 17th day of August, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE